UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

**FILED**
CHARLOTTE, NC

[JUL 0 2 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

Full Scope Business Credit Solutions LLC

Plaintiff,

vs.

COMPLAINT

Case No. 3:19 CV 307

Dilworth Ventures LLC
D/B/A Lincoln at Dilworth
905 Kenilworth Avenue
Charlotte, NC 28204

Defendant(s).

Charlotte Division

## A. JURISDICTION

Jurisdiction is proper in this court according to:

__X__ 42 U.S.C. §1983

_____ 42 U.S.C. §1985

_____ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Full Scope Business Credit Solutions LLC
   Address: 905 Kenilworth Avenue
   Apt 590
   Charlotte, NC 28204

2. Name of Defendant: Dilworth Ventures LLC
   Address: D/B/A Lincoln at Dilworth
   905 Kenilworth Avenue
   Charlotte, NC 28204

Is employed as _____ at _____
(Position/Title)          (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?  YES_____  NO _____, if "YES" briefly explain:

_____
_____
_____

3.  Name of Defendant:_____
    Address:        _____
                    _____
                    _____

    Is employed as _____ at _____
                        (Position/Title)              (Organization)

    Was the defendant acting under the authority or color of state law at the time these claims occurred?  YES_____  NO _____, if "YES" briefly explain:

_____
_____
_____

4.  Name of Defendant:_____
    Address:        _____
                    _____
                    _____

    Is employed as _____ at _____
                        (Position/Title)              (Organization)

    Was the defendant acting under the authority or color of state law at the time these claims occurred?  YES_____  NO _____, if "YES" briefly explain:

_____
_____
_____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court?  Please explain the circumstances that led to the problem.

Unfair practice. Advised of Injury and delay
On Payments. Lack of handicap Accessibility prevented
financial security. Discrimination of Handicap.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: Handicap Discrimination
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

   Lack of handicap accessibility preventing Financial security.

b. (1) Count 2: _____
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

## E. INJURY

How have you been injured by the actions of the defendant(s)?

Lack of handicap accessibility Further slowing down recovery process. Contributing to Further injury.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?    YES _____    NO __X__

If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____


2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4. Issued raised:

_____

_____

_____

5. When did you file the lawsuit?_____
                          Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES _____    NO __X__

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

The ability to secure financial Security to Fulfill Financial Obligation. Loss of wages contributed to lack of handicap accessibility recouperation.

JURY TRIAL REQUESTED     YES _____     NO  **X**

Signed at _Charlotte Division_ on _July 1st 2019_
                    (Location)                              (Date)

_____
Signature

Address: 905 Kenilworth Avenue
         Apt 590
         Charlotte, NC 28204
Phone: 704-957-2084
E-Mail: Fullscopesolutions @ Yahoo.com